UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
(FORT WORTH DIVISION)

| | | |
|---|---|---|
| **ROI DEVELOPERS, INC.,** | ) | |
| **d/b/a ACCRUVIA,** | ) | |
| | ) | **Case No.** _____ |
| *Plaintiff*, | ) | |
| | ) | **[formerly in the 96th District** |
| vs. | ) | **Court of Tarrant County, Texas** |
| | ) | **Cause No. 096-331099-21]** |
| **ATHENA BITCOIN, INC.** | ) | |
| | ) | |
| *Defendant.* | ) | |

## INDEX OF DOCUMENTS TO NOTICE OF REMOVAL

1. Plaintiff's Original Petition, filed 12-28-21 (Exh A)

2. Return of Service of Defendant Athena Bitcoin, Inc. served 12-30-21, filed 1-4-22 (Exh B)

3. Plaintiff's 1st Amended Original Petition, filed 1-26-22 (Exh C)

4. Defendant's Special Appearance, filed 1-21-22

5. Defendant's Original Answer, filed 1-21-22

Respectfully submitted,

*/s/ Larry L. Fowler*
Larry L. Fowler
Texas Bar No. 07321900
Daniel J. Graves
Texas Bar No. 24101822

**HARRIS ✯ COOK, L.L.P.**
1309-A West Abram
Arlington, Texas 76013
817/299-2841 – Telephone
817/460-8060 – Facsimile
Email: Larry@HarrisCookLaw.com
Daniel@HarrisCookLaw.com
**ATTORNEYS FOR DEFENDANT
ATHENA BITCOIN, INC.**