

**Tarrant County District Clerk Online**
Thomas A. Wilder, District Clerk

Civil Case and Transaction Information                     01/28/2022 2:35 PM

Court: 096   Case: 331099   [Search]   [New Search]   ☐ Show Service Documents ONLY

**Cause Number : 096-331099-21**                         **Date Filed : 12-28-2021**

ROI DEVELOPERS, INC.   | VS |   ATHENA BITCOIN, INC.

**Cause of Action :** CONTRACT, OTHER DEBT/CONTRACT
**Case Status :** PENDING

| File Mark | Description | | Assessed Fee | Credit/Paid Fee |
|---|---|---|---|---|
| 12-28-2021 | PLTF'S ORIG PET | [PDF] N | $289.00 | |
| 12-28-2021 | PAYMENT RECEIVED trans #1 | Y | | $289.00 |
| 12-28-2021 | CIT-ISSUED ON ATHENA BITCOIN INC-On 12/29/2021 | [PDF] N Svc | $8.00 | |
| 12-28-2021 | PAYMENT RECEIVED trans #3 | Y | | $8.00 |
| 12-28-2021 | EMAIL CIT/KELLY@KSTEWARTLAW.COM | [PDF] | | $0.00 |
| 01-04-2022 | CIT RTN/ATHENA BITCOIN INC | [PDF] | | $0.00 |
| 01-04-2022 | CIT Tr# 3 RET EXEC(ATHENA BITCOIN INC) On 12/30/2021 | [PDF] | | $0.00 |
| 01-21-2022 | DEFN'S SPECIAL APPEARANCE | [PDF] | | $0.00 |
| 01-21-2022 | DEFN'S ORIG ANS | [PDF] | | $0.00 |
| 01-26-2022 | PLTF'S 1ST AMD ORIG PET | [PDF] | | $0.00 |