# EXHIBIT B
# Return of Service

096-331099-21

FILED
TARRANT COUNTY
1/4/2022 11:30 AM
THOMAS A. WILDER
DISTRICT CLERK

CAUSE NO. **096-331099-21**

| | | |
|---|---|---|
| ROI DEVELOPERS, INC., d/b/a ACCRUVIA, | § § § | IN THE DISTRICT COURT |
| Plaintiff(s), | § § | |
| vs. | § § | 96TH JUDICIAL DISTRICT |
| ATHENA BITCOIN, INC., d/b/a ATHENA BITCOIN GLOBAL, | § § § | |
| Defendant(s). | § | TARRANT COUNTY, TEXAS |

## RETURN OF SERVICE

Came to my hand on **Thursday, December 30, 2021 at 8:45 AM**,
Executed at: **1999 BRYAN ST, STE 900, DALLAS, TX 75201**
at **9:00 AM**, on **Thursday, December 30, 2021**,

by delivering to the within named:

### ATHENA BITCOIN INC D/B/A ATHENA BITCOIN GLOBAL

by delivering to its **Registered Agent, NATIONAL REGISTERED AGENTS INC**
by delivering to **Authorized Employee, LATOYA STERNS**
a true copy of this

### CITATION and PLAINTIFF'S ORIGINAL PETITION

having first endorsed thereon the date of the delivery.

I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I am familiar with the Texas Rules of Civil Procedure, and the Texas Civil Practice and Remedies Codes as they apply to service of process. I am certified by the Judicial Branch Certification Commission to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas in compliance with rule 103 and 501.2 of the TRCP."

My name is Tracy Edwards, my date of birth is September 15, 1963 and my address is 5470 L.B.J. Freeway, Dallas, Texas, 75240 in the county of Dallas, United States of America. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Dallas County, State of Texas, on Tuesday, January 4, 2022

By: _/s/ Tracy Edwards_
Tracy Edwards - PSC 1872 - Exp 03/31/22
served@specialdelivery.com

# THE STATE OF TEXAS
## DISTRICT COURT, TARRANT COUNTY

## CITATION                                   Cause No. 096-331099-21

ROI DEVELOPERS, INC.
VS.
ATHENA BITCOIN, INC.

**TO: ATHENA BITCOIN INC**
D/B/A ATHENA BITCOIN GLOBAL                B/S REG AGENT-NATIONAL REGISTERED AGENTS INC 1999 BRYAN ST STE 900 DALLAS, T 75201-

You said DEFENDANT are hereby commanded to appear by filing a written answer to the PLAINTIFF'S ORIGINAL PETITION at or before 10 o'clock A.M. of the Monday next after
the expiration of 20 days after the date of service hereof before the 96th District Court
,100 N CALHOUN, in and for Tarrant County, Texas, at the Courthouse in the City of Fort Worth, Tarrant County, Texas said PLAINTIFF being

ROI DEVELOPERS INC, D/B/A ACCRUVIA

Filed in said Court on December 28th, 2021 Against
ATHENA BITCOIN INC, D/B/A ATHENA BITCOIN GLOBAL

For suit, said suit being numbered 096-331099-21 the nature of which demand is as shown on said PLAINTIFF'S ORIGINAL PETITION a copy of which accompanies this citation.

**W KELLY STEWART**
Attorney for ROI DEVELOPERS INC Phone No. (972)308-6168
Address    5949 SHERRY LN STE 900 DALLAS, TX 75225

_____Thomas A. Wilder_____ , Clerk of the District Court of Tarrant County, Texas. Given under my hand and the seal of said Court, at office in the City of Fort Worth, this the 29th day of December, 2021.

By _____
FELICIA SALAZAR

A CERTIFIED COPY
ATTEST: 12/29/2021
THOMAS A WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: /s/ Felicia Salazar

NOTICE: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 AM, on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

Thomas A. Wilder, Tarrant County District Clerk, 100 N CALHOUN, FORT WORTH TX 76196-0402

## OFFICER'S RETURN *09633109921000003*

Received this Citation on the _____ day of _____, _____ at _____ o'clock ___M; and executed at _____ within the county of _____, State of _____ at _____ o'clock ___M on the _____ day of _____, _____ by delivering to the within named (Def.): _____
defendant(s), a true copy of this Citation together with the accompanying copy of PLAINTIFF'S ORIGINAL PETITION , having first endorsed on same the date of delivery.

Authorized Person/Constable/Sheriff: _____
County of _____ State of_____ By _____ Deputy
Fees $_____
State of _____ County of _____ (Must be verified if served outside the State of Texas)
Signed and sworn to by the said _____ before me this _____ day of _____, ____
to certify which witness my hand and seal of office
(Seal)
                                     County of _____, State of _____

**RETURN / AFFIDAVIT**
**PROOF / ATTACHED**

*CITATION*

Cause No. 096-331099-21

ROI DEVELOPERS, INC.

VS.

ATHENA BITCOIN, INC.

ISSUED

This 29th day of December, 2021

Thomas A. Wilder
Tarrant County District Clerk
100 N CALHOUN
FORT WORTH TX 76196-0402

By      FELICIA SALAZAR Deputy

W KELLY STEWART
Attorney for: ROI DEVELOPERS INC
Phone No. (972)308-6168
ADDRESS: 5949 SHERRY LN STE 900

DALLAS, TX 75225

*CIVIL LAW*



*096331099210000003*
SERVICE FEES NOT COLLECTED
BY TARRANT COUNTY DISTRICT CLERK
ORIGINAL



A CERTIFIED COPY
ATTEST: 12/29/2021
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY /s/ Felicia Salazar