# EXHIBIT D
# AB, Inc. Declaration

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
(FORT WORTH DIVISION)

| | |
|---|---|
| **ROI DEVELOPERS, INC.,** ) <br> **d/b/a ACCRUVIA,** ) <br> ) <br> *Plaintiff*, ) <br> ) <br> vs. ) <br> ) <br> **ATHENA BITCOIN, INC.** ) <br> ) <br> *Defendant.* ) | Case No._____ <br><br> [formerly in the 96th District <br> Court of Tarrant County, Texas <br> Cause No. 096-331099-21] |

### DECLARATION OF EDWARD "COACH" WEINHAUS, ESQ.

STATE OF CALIFORNIA    §
                       §
COUNTY OF SAN DIEGO    §

　　1.　　My name is Edward "Coach" Weinhaus, Esq. I am over eighteen (18) years of age. I am of sound mind and competent to make this Declaration. I have personal knowledge of every statement made herein, and all statements are true and correct. My personal knowledge of the events in question stem from my position as Corporate Secretary and Director of the Defendant, Athena Bitcoin, Inc. ("Defendant").

　　2.　　Defendant is a corporation formed under the laws and rules of the State of Delaware. Defendant has its headquarters in Chicago, Illinois and its principal place of business is in Chicago, Illinois. Defendant is registered to do business in Texas as a foreign for-profit corporation. Defendant has no offices established in Texas.

　　3.　　I declare under penalty of perjury that the foregoing is true and correct.

　　EXECUTED this 28th day of January, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Edward "Coach" Weinhaus, Esq.