# EXHIBIT E
# ABG Declaration

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
(FORT WORTH DIVISION)

| | |
|---|---|
| **ROI DEVELOPERS, INC.,** ) | |
| d/b/a **ACCRUVIA,** ) | |
| ) | **Case No.** _____ |
| *Plaintiff*, ) | |
| ) | **[formerly in the 96th District** |
| vs. ) | **Court of Tarrant County, Texas** |
| ) | **Cause No. 096-331099-21]** |
| **ATHENA BITCOIN, INC.** ) | |
| ) | |
| *Defendant.* ) | |

### DECLARATION OF EDWARD "COACH" WEINHAUS, ESQ.

STATE OF CALIFORNIA     §
                                           §
COUNTY OF SAN DIEGO  §

1. My name is Edward "Coach" Weinhaus, Esq. I am over eighteen (18) years of age. I am of sound mind and competent to make this Declaration. I have personal knowledge of every statement made herein, and all statements are true and correct. My personal knowledge of the events in question stem from my position as President of Athena Bitcoin Global, a Nevada corporation.

2. In December 2021, Athena Bitcoin Global, through its counsel located in Miami, Florida, received a demand for payment in the amount of $83,678.91 from the Plaintiff purportedly related to the above-styled lawsuit, ROI Developers, Inc. d/b/a Accruvia.

3. I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 28th day of January, 2022.

_____
Edward "Coach" Weinhaus, Esq.