No. 096-331099-21

| | | |
|---|---|---|
| ROI DEVELOPERS, INC. d/b/a ACCRUVIA § | | IN THE DISTRICT COURT |
| § | | |
| VS. § | | 96TH JUDICIAL DISTRICT |

ROI DEVELOPERS, INC. d/b/a ACCRUVIA §      IN THE DISTRICT COURT
§
VS. §      96TH JUDICIAL DISTRICT
§
ATHENA BITCOIN, INC., d/b/a ATHENA §
BITCOIN GLOBAL §      TARRANT COUNTY, TEXAS

## DEFENDANT'S ORIGINAL ANSWER

Comes now Defendant Athena Bitcoin, Inc., and, subject to its Special Appearance which has been previously or congruently filed, in support of this its Original Answer, would show as follows:

## GENERAL DENIAL

1. Defendant denies each and every, all and singular, the allegations of Plaintiff's Original Petition, and demands strict proof thereof, and of this it puts itself upon the Court.

## SPECIFIC VERIFIED DENIALS

2. Defendant does not do and has not done business as "Athena Bitcoin Global."

3. There is a defect of the parties, as Defendant has not done business with Plaintiff.

4. Defendant has not received and/or accepted valuable services and/or materials as alleged.

## RULE 193.7 NOTICE

5. Pursuant to TEXAS RULE OF CIVIL PROCEDURE 193.7, Defendant hereby notifies all Parties that it intends to use all documents exchanged and produced between the Parties (including, but not limited to, correspondence, pleadings, records, discovery requests, and discovery responses) during the pre-trial and trial of this matter.

Defendant prays that Plaintiff take nothing by its suit, that Defendant be awarded its costs, and for such other and further relief, both general and special, at law or in equity, to which Defendant may show itself justly entitled.

Respectfully submitted,

*/s/ Larry L. Fowler, Jr.*
LARRY L. FOWLER, JR.
State Bar No. 07321900
DANIEL GRAVES
State Bar No. 24101822

**HARRIS ✶ COOK, L.L.P.**
1309-A West Abram
Arlington, Texas 76013
817/299-2841 – Telephone
817/460-8060 – Facsimile
Email: Larry@HarrisCookLaw.com

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on January 21, 2022, a true and correct copy of the above and foregoing document has been served on all counsel of record listed below via email through the efile.txcourts.gov system in accordance with TEXAS RULES OF CIVIL PROCEDURE 21a(a)(1).

Kelly Stewart
K Stewart Law, P.C.
5949 Sherry Lane, Suite 900
Dallas, TX  75225
kelly@kstewartlaw.com
Attorney for Plaintiff

*/s/ Larry L. Fowler, Jr.*
LARRY L. FOWLER, JR.

No. 096-331099-21

| | | |
|---|---|---|
| ROI DEVELOPERS, INC. d/b/a ACCRUVIA | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | 96TH JUDICIAL DISTRICT |
| | § | |
| ATHENA BITCOIN, INC., d/b/a ATHENA BITCOIN GLOBAL | § § | TARRANT COUNTY, TEXAS |

## DECLARATION

My name is Edward "Coach" Weinhaus, Esq., Corporate Secretary & Director of Athena Bitcoin, Inc., my date of birth is 04/01/1972, and my business address is 1332 N Halsted St., Suite 401, Chicago, IL 60642. I declare under penalty of perjury that I have read the foregoing document, Defendant's Original Answer, and that the factual statements made therein are within my personal knowledge and are true and correct.

Executed in Carlsbad, State of California, on the 21st day of January, 2022.

_____
Edward "Coach" Weinhaus, Esq.