UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
(FORT WORTH DIVISION)

| | |
|---|---|
| ROI DEVELOPERS, INC., d/b/a ACCRUVIA, <br><br> *Plaintiff*, <br><br> vs. <br><br> ATHENA BITCOIN, INC. <br><br> *Defendant*. | Case No._____ <br><br> [formerly in the 96th District Court of Tarrant County, Texas Cause No. 096-331099-21] |

**DEFENDANT ATHENA BITCOIN, INC.'S CERTIFICATE OF INTERESTED PARTIES**

Defendant Athena Bitcoin, Inc. ("Defendant"), by and through its undersigned counsel, and pursuant to FEDERAL RULE OF CIVIL PROCEDURE 7.1 and Local Rule 3.1(c), files this Certificate of Interested Parties and says:

1. Defendant does not have a parent corporation.

2. No publicly held corporation owns ten percent (10%) or more of stock in Defendant.

3. Defendant is unaware of any other persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities with any financial interest in the outcome of this litigation.

Respectfully Submitted,

*/s/ Larry L. Fowler*
Larry L. Fowler
Texas Bar No. 07321900
Daniel J. Graves
Texas Bar No. 24101822

**HARRIS ✯ COOK, L.L.P.**
1309-A West Abram
Arlington, Texas 76013
817/299-2841 – Telephone
817/460-8060 – Facsimile
Email: Larry@HarrisCookLaw.com
         Daniel@HarrisCookLaw.com

**ATTORNEYS FOR DEFENDANT ATHENA BITCOIN, INC.**