UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ROI DEVELOPERS, INC., <br> d/b/a ACCRUVIA, <br><br> Plaintiff, <br><br> v. <br><br> ATHENA BITCOIN, INC., <br><br> Defendant. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | Civil Action No. 4:22-cv-00073-O |

**PLAINTIFF'S EXPERT DISCLOSURE**

Pursuant to Fed. R. Civ. P. 26(b)(2)(C) and the Court's February 23, 2022, Scheduling Order (Dkt. 6), Plaintiff ROI Developers, Inc., d/b/a Accruvia ("Accruvia") discloses the following expert witness:

Kelly Stewart, K Stewart Law, P.C., 5949 Sherry Lane, Suite 900, Dallas, Texas 75225, 972-308-6168. Mr. Stewart is expected to testify that (1) Accruvia's attorneys' fees and costs incurred with respect to this dispute were reasonable and necessary; and (2) possibly, depending on whether Defendant requests its attorneys' fees and/or costs (and the evidence submitted by Defendant on those issues), that Defendant's attorneys' fees and costs incurred in this suit were neither reasonable nor necessary. Mr. Stewart's testimony will be based on his knowledge, experience, training in the legal profession, as well as his mental impressions that he has obtained as a result of his representation of Accruvia in this matter, including but not limited to his preparation and/or review of the pleadings, the documents produced by the parties, and Court rulings. Mr. Stewart's qualifications are in his resume that is available upon request; his experience can also be obtained by visiting www.kstewartlaw.com.

Dated this 20th day of May, 2022.

                                        Respectfully submitted,

                                        /s/ Kelly Stewart
                                        Kelly Stewart
                                        Texas Bar No. 19221600
                                        K STEWART LAW, P.C.
                                        5949 Sherry Lane, Suite 900
                                        Dallas, Texas 75225
                                        972.308.6168
                                        kelly@kstewartlaw.com

                                     **ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      I certify on the 20th day of May, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record. A copy will also be emailed to counsel for Defendant.

                                        /s/ *Kelly Stewart*