UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
(FORT WORTH DIVISION)

| | | |
|---|---|---|
| ROI DEVELOPERS, INC., d/b/a ACCRUVIA | § § § | |
| VS. | § § § | **Case No. 4:22-cv-73-O** |
| ATHENA BITCOIN, INC., d/b/a ATHENA BITCOIN GLOBAL | § § § | [formerly in the 96th District Court of Tarrant County, Texas Cause No. 096-331099-21] |

### DEFENDANT'S EXPERT DISCLOSURE

Pursuant to FED. R. CIV. P. 26(b)(2)(C) and the Court's February 23, 2022, Scheduling Order (Dkt. 6), Defendant Athena Bitcoin, Inc. ("Athena") discloses the following expert witness:

1.   Larry L. Fowler, Jr., Harris Cook, LLP, 1309A W. Abram St., Arlington, Texas 76013, 817-299-2841. Mr. Fowler is expected to testify that (1) Athena's attorneys' fees and costs incurred with respect to this dispute were reasonable and necessary; and (2) possibly, depending on whether Plaintiff requests its attorneys' fees and/or costs (and the evidence submitted by Plaintiff on those issues), that Plaintiff's attorneys' fees and costs incurred in this suit were neither reasonable nor necessary. Mr. Fowler's testimony will be based on his knowledge, experience, training in the legal profession, as well as his mental impressions that he has obtained as a result of his representation of Athena in this matter, including but not limited to his preparation and/or review of the pleadings, the documents produced by the parties, and Court rulings. Mr. Fowler's qualifications are in his resume that is available upon request; his experience can also be obtained by visiting www.harriscooklaw.com.

        Respectfully submitted,

        */s/ Larry L. Fowler*
        Larry L. Fowler
        Texas Bar No. 07321900
        Daniel J. Graves
        Texas Bar No. 24101822

**HARRIS ✯ COOK, L.L.P.**
1309-A West Abram
Arlington, Texas 76013
817/299-2841 – Telephone
817/460-8060 – Facsimile
Email: Larry@HarrisCookLaw.com
       Daniel@HarrisCookLaw.com

**ATTORNEYS FOR DEFENDANT**
**ATHENA BITCOIN, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2022, a true and correct copy of the above and foregoing document has been served on all counsel of record listed below via email through the efile.txcourts.gov system in accordance with TEXAS RULES OF CIVIL PROCEDURE 21a(a)(1).

Kelly Stewart
K Stewart Law, P.C.
5949 Sherry Lane, Suite 900
Dallas, TX  75225
kelly@kstewartlaw.com
Attorney for Plaintiff

        */s/ Larry L. Fowler, Jr.*
        LARRY L. FOWLER, JR.