UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ROI DEVELOPERS, INC., <br> d/b/a ACCRUVIA, | § § § | |
| Plaintiff, | § § | |
| v. | § | Civil Action No. 4:22-cv-00073-O |
| ATHENA BITCOIN, INC., | § § § § | |
| Defendant. | § | |

## MEDIATION REPORT OF THE PARTIES

Pursuant to Paragraph 5 of the Court's February 23, 2022, Scheduling Order (Dkt. #6), the parties jointly provide this mediation report. The parties mediated this dispute on July 21, 2022, before Kight Higgins with THE LAW OFFICE OF KIGHT L. HIGGINS, P.L.L.C. The undersigned counsel for all parties were present, along with (1) Shaun Overton, the President of Plaintiff ROI Developers, Inc. d/b/a Accruvia, (2) Edward "Coach" Weinhaus, and (3) Antonio Valiente, Esq., a director and an in-house counsel, respectively, for Defendant. The case did NOT settle during the mediation.

Dated this 26th day of July, 2022.

Respectfully submitted,

*/s/ Kelly Stewart*
Kelly Stewart
Texas Bar No. 19221600
K STEWART LAW, P.C.
5949 Sherry Lane, Suite 900
Dallas, Texas 75225
Telephone: 972.308.6168
kelly@kstewartlaw.com

**ATTORNEY FOR PLAINTIFF**

AND

/s/ Larry L. Fowler, Jr.
Larry L. Fowler, Jr.
Daniel Graves
HARRIS COOK, L.L.P.
1309-A West Abram
Arlington, Texas 76013
larry@harriscooklaw.com
daniel@harriscooklaw.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

This certifies that copy of this document was filed electronically with the Court on July 26, 2022, using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

/s/ *Kelly Stewart*