UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
(FORT WORTH DIVISION)

| | |
|---|---|
| ROI DEVELOPERS, INC., d/b/a ACCRUVIA<br><br>VS.<br><br>ATHENA BITCOIN, INC., d/b/a ATHENA BITCOIN GLOBAL | Case No. 4:22-cv-73-O |

**UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER**

COMES NOW Defendant, Athena Bitcoin, Inc. and in support of this, its Unopposed Motion to Modify Scheduling Order would show as follows:

1. The Court entered a Scheduling Order in this proceeding on or about February 22, 2022. Pursuant to the terms of the Scheduling Order, the discovery period ends on August 19, 2022.

2. Defendant desires to amend the Scheduling Order to provide that the discovery period ends on November 11, 2022.

3. By extending the discovery period, it better enables the parties to complete discovery related to jurisdiction and then undertake discovery necessary related to claims on the merits.

4. The change of the discovery period deadline does not alter any other deadlines in the current Scheduling Order.

WHEREFORE, Defendant prays that the Court's current Scheduling Order be modified to alter the discovery period until November 11, 2022.

        Respectfully submitted,

        */s/ Larry L. Fowler*
        Larry L. Fowler
        Texas Bar No. 07321900

        **HARRIS ✯ COOK, L.L.P.**
        1309-A West Abram
        Arlington, Texas 76013
        817/299-2841 – Telephone
        817/460-8060 – Facsimile
        Email: Larry@HarrisCookLaw.com

        **ATTORNEYS FOR DEFENDANT**
        **ATHENA BITCOIN, INC.**

## CERTIFICATE OF CONFERENCE

On August 3, 2022, I contacted Kelly Stewart, counsel for Plaintiff, and he stated that he would not be opposed to the filing of this Motion.

        */s/ Larry L. Fowler, Jr.*
        LARRY L. FOWLER, JR.

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2022, a true and correct copy of the above and foregoing document has been served on all counsel of record listed below via email through the efile.txcourts.gov system in accordance with TEXAS RULES OF CIVIL PROCEDURE 21a(a)(1).

Kelly Stewart
K Stewart Law, P.C.
5949 Sherry Lane, Suite 900
Dallas, TX  75225
kelly@kstewartlaw.com
Attorney for Plaintiff

        */s/ Larry L. Fowler, Jr.*
        LARRY L. FOWLER, JR.