UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ROI DEVELOPERS, INC., d/b/a ACCRUVIA, | § § § § § § § § § § § | |
| Plaintiff, | | |
| | | Civil Action No. 4:22-cv-00073-O |
| v. | | |
| ATHENA BITCOIN, INC., | | |
| Defendant. | | |

## ORDER

Before the Court is Defendant's Unopposed Motion to Modify Scheduling Order (ECF No. 10), filed August 3, 2022. Defendants request that the Court extend the discovery deadline to November 11, 2022, stating that the extension will not affect other deadlines. Under the Court's Scheduling Order (ECF No. 6), "[t]he parties may agree to extend [the] discovery deadline, provided (a) the extension does not affect the trial setting, dispositive motions deadline, challenges to experts deadline, or pretrial submission dates; and (b) written notice of the extension is given to the Court." The Court thus **GRANTS** the motion and **ORDERS** that the deadline for the completion of discovery is extended to **November 11, 2022**.

**SO ORDERED** this **8th day** of **August, 2022**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE