# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# (FORT WORTH DIVISION)

| | |
|---|---|
| ROI DEVELOPERS, INC., <br> d/b/a ACCRUVIA <br><br> VS. <br><br> ATHENA BITCOIN, INC., d/b/a ATHENA <br> BITCOIN GLOBAL | § § § § § § § § § <br><br> **Case No. 4:22-cv-73-O** |

## UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER

COMES NOW Defendant, Athena Bitcoin, Inc. and in support of this, its Unopposed Motion to Modify Scheduling Order would show as follows:

1. This action was removed to this court by defendant on or about January 28, 2022.

2. The Court entered a Scheduling Order in this proceeding on or about February 22, 2022. Pursuant to the terms of the Scheduling Order, dispositive motions are to be filed by September 19, 2022.

3. Defendant desires to file a dispositive motion. In support of this motion, Defendant desires to attach portions of the deposition transcript of Mr. Eric Gravengaard.

4. The parties took the deposition of Mr. Eric Gravengaard, on August 17, 2022. As of the date hereof, Defendant has not received a copy of the transcript of Mr. Gravengaard. Defendant anticipates that the transcript will be delivered to the parties within the next 30 days.

5. Defendant would request that the Court extend the deadline for filing dispositive motions to October 19, 2022.

6. Plaintiff will not be prejudiced by the extension of such deadline. No other deadlines are being modified by this Motion.

7.  The change of the deadline to file dispositive motions does not alter any other deadlines in the current Scheduling Order.

WHEREFORE, Defendant prays that the Court enter and Order modifying the current Scheduling Order to extend the date for filing dispositive motions to October 19, 2022.

Respectfully submitted,

*/s/ Larry L. Fowler*
Larry L. Fowler
Texas Bar No. 07321900

**HARRIS ★ COOK, L.L.P.**
1309-A West Abram
Arlington, Texas 76013
817/299-2841 – Telephone
817/460-8060 – Facsimile
Email: Larry@HarrisCookLaw.com

**ATTORNEYS FOR DEFENDANT**
**ATHENA BITCOIN, INC.**

### CERTIFICATE OF CONFERENCE

On September 19, 2022, I contacted Kelly Stewart, counsel for Plaintiff, and he stated that he would not be opposed to the filing of this Motion.

*/s/ Larry L. Fowler, Jr.*
LARRY L. FOWLER, JR.

**CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2022, a true and correct copy of the above and foregoing document has been served on all counsel of record listed below via email through the efile.txcourts.gov system in accordance with TEXAS RULES OF CIVIL PROCEDURE 21a(a)(1).

Kelly Stewart
K Stewart Law, P.C.
5949 Sherry Lane, Suite 900
Dallas, TX  75225
kelly@kstewartlaw.com
Attorney for Plaintiff

>                   */s/ Larry L. Fowler, Jr.*
>                   LARRY L. FOWLER, JR.