IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **ROI DEVELOPERS, INC.** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:22-CV-00073-O |
| | § | |
| **ATHENA BITCOIN, INC.** | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is Defendant's second Unopposed Motion to Modify Scheduling Order (ECF No. 12), filed September 19, 2022. Defendant requests that the Court extend the dispositive motion deadline by one month to October 19, 2022, because Defendant intends to attach to its intended dispositive motion portions of a deposition transcript which it has not yet received. *Id.* at 1. Because it is unopposed,[1] the Court **GRANTS** the motion in part and **ORDERS** that the deadline for the completion of discovery is extended **two weeks** to **October 4, 2022**.

**SO ORDERED** this **20th day** of **September, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

---

[1] The Court reminds the parties that the Court's Scheduling Order (ECF No. 6) clearly indicates that "deadlines imposed in this Order are firmly in place," with limited exceptions. *Id.* at 2. Defendant waited until the day dispositive motions were due to request this extension, after waiting over a month for a copy of the deposition transcript. Def.'s Mot. at 1. Defendant then allowed the deadline to pass without filing any dispositive motions and before the Court had ruled on its motion to modify the scheduling order. Going forward, the parties must seek any further modifications to deadlines with sufficient advance notice. This Court does not grant deadline extensions as a matter of course.