UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
(FORT WORTH DIVISION)

| | | |
|---|---|---|
| ROI DEVELOPERS, INC., d/b/a ACCRUVIA | § § § § § § § § § | |
| VS. | | Case No. 4:22-cv-73-O |
| ATHENA BITCOIN, INC., d/b/a ATHENA BITCOIN GLOBAL | | |

### DEFENDANT'S RULE 26(a)(3)(A)-(B) PRETRIAL DISCLOSURES

Comes now Defendant Athena Bitcoin, Inc. ("Defendant") pursuant to Pursuant to Rule 26(a)(3)(A)-(B) of the FEDERAL RULES OF CIVIL PROCEDURE, serves its Pretrial Disclosures.

1. Defendant anticipates calling to testify at trial in this proceeding the following witnesses:

> Eric Gravengaard
> c/o Larry Fowler
> Harris Cook, LLP
> 1309A W. Abram
> Arlington, TX  76013

> Shaun Overton
> c/o Kelly Stewart
> K Stewart Law, P.C.
> 5949 Sherry Lane, Suite 900
> Dallas, TX  75225

2. Defendant would show that the following witness may be called to testify if necessary:

> Larry L Fowler
> Harris Cook, LLP
> 1309A W. Abram
> Arlington, TX  76013
> Mr. Fowler may be called to testify regarding the issue of attorney fees

3. Defendant anticipates that it will offer into evidence the following documents:

>Exhibit 1 - term sheet
>Exhibit 2  - NDA
>Exhibit 3 - demand for payment by attorneys for Plaintiff

>Respectfully submitted,

>*/s/ Larry L. Fowler*
>Larry L. Fowler
>Texas Bar No. 07321900

>**HARRIS ✯ COOK, L.L.P.**
>1309-A West Abram
>Arlington, Texas 76013
>817/299-2841 – Telephone
>817/460-8060 – Facsimile
>Email: Larry@HarrisCookLaw.com

>**ATTORNEYS FOR DEFENDANT**
>**ATHENA BITCOIN, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2022, a true and correct copy of the above and foregoing document has been served on all counsel of record via email through the Pacer system in accordance with FEDERAL RULES OF CIVIL PROCEDURE.

Kelly Stewart
K Stewart Law, P.C.
5949 Sherry Lane, Suite 900
Dallas, TX  75225
kelly@kstewartlaw.com
Attorney for Plaintiff

>*/s/ Larry L. Fowler, Jr.*
>LARRY L. FOWLER, JR.