UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ROI DEVELOPERS, INC., d/b/a ACCRUVIA, | § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Civil Action No. 4:22-cv-00073-O |
| ATHENA BITCOIN, INC., | | |
| Defendant. | | |

**PLAINTIFF'S RULE 26 PRETRIAL DISCLOSURES**

Pursuant to the February 23, 2022, Scheduling Order (Dkt. #6) (¶7) and FED. R. CIV. P. 26(a)(3)(A-B), Plaintiff ROI Developers, Inc., d/b/a Accruvia ("Accruvia") provides the following Pretrial Disclosures:

**Witnesses**

Accruvia expects to call the following witnesses:

- Shaun Overton, 1917 Sage Trail, Hurst, Texas 76054.

- Kelly Stewart, K STEWART LAW, P.C., 5949 Sherry Lane, Suite 900, Dallas, Texas 75225, 972.308.6168 (attorneys' fees only)

Accruvia may call the following witness if the need arises:

- Eric Gravengaard, c/o counsel for Defendant.

**Exhibits**

Accruvia expects to offer the following exhibits at trial:

| Exhibit | Description | Prior Identification |
|---|---|---|
| P. Ex. 1 | Accruvia Invoices IB1050, IB1052 | Gravengaard Dep. Ex. 9/9B (Accruvia 11-12) |
| P. Ex. 2 | Bill.com payment tracking records | Accruvia 4-7 |

1

| Exhibit | Description | Prior Identification |
|---|---|---|
| P. Ex. 3 | Accruvia Invoice IB1049 | Accruvia 16 |
| P. Ex. 4 | Accruvia Inovice IB1049 | Accruvia 13 |
| P. Ex. 5 | 10.4.21 and 11.5.21 emails regarding payment | Athena 17-18, 25-26 |
| P. Ex. 6 | Payment emails | Accruvia 1-3 |
| P. Ex. 7 | Payment records | Accruvia 9-10 |
| P. Ex. 8 | 11.5.21 payment email | Gravengaard Dep. Ex. 11 (Accruvia 8) |
| P. Ex. 9 | Bank records | Gravengaard Dep. Ex. 14 (Athena 19-20) |
| P. Ex. 10 | Excerpts from 2.10.22 Athena Bitcoin Global SEC Form S-1 | Portions at Gravengaard Dep. Ex. 2 (full version at Accruvia 83-290) |
| P. Ex. 11 | Attorneys' fees records | Accruvia291-298 |
| P. Ex. 12 | 7.29.22 Letter to Larry Fowler regarding attorneys' fees | |
| P. Ex. 13 | 10.4.21 Engagement Letter | Accruvia 299-307 |

Accruvia may offer the following exhibits at trial if the need arises:

| Exhibit | Description | Prior Identification |
|---|---|---|
| P. Ex. 14 | Defendant's Supplemental Response to Plaintiff's First Set of Personal Jurisdiction Discovery | |
| P. Ex. 15 | Defendant's Responses to Plaintiff's First Set of Merits Discovery | |
| P. Ex. 16 | Defendant's Initial Disclosures | |
| P. Ex. 17 | Emails between Accruvia and Athena | Accruvia 23-33 |
| P. Ex. 18 | Emails between Accruvia and Athena | Accruvia 14-22 |
| P. Ex. 19 | Athena Bitcoin Inc. Texas Franchise Tax Public Information Reports | Gravengaard Dep. Ex. 4 (Athena 6, 7, 14, 9) |
| P. Ex. 20 | 7.15.16 Application for Registration of a Foreign For-Profit Corporation | Accruvia 56-57 |
| P. Ex. 21 | Texas Secretary of State printouts | Accruvia 62-65 |
| P. Ex. 22 | Athena website printout | Gravengaard Dep. Ex. 7 (Accruvia 79-82) |
| P. Ex. 23 | Athena website printout | Accruvia 69-78) |
| P. Ex. 24 | Translation and NDA | Exhibit A to Dkt. # 13 in Case No. 1:22-cv-001291, United States District Court for the Northern District of Illinois |

| Exhibit | Description | Prior Identification |
|---|---|---|
| P. Ex. 25 | Athena Bitcoin Term Sheet | Gravengaard Dep. Ex. 3 (Athena 3-5) |
| P. Ex. 26 | Chivo Wallet Diagram | Gravengaard Dep. Ex. 19 (Accruvia 34-41) |
| P. Ex. 27 | Declaration of Panagiotis Angelopolous | Attached to Response to Motion for Summary Judgment |
| P. Ex. 28 | Supplemental Declaration of Pangagiotis Angelopolous | Attached to Response to Motion for Summary Judgment |

**Deposition Testimony**

Accruvia reserves the right to utilize the deposition testimony of Eric Gravengaard on behalf of Athena Bitcoin, Inc. (taken Aug. 17, 2022) if he is not available at trial and/or for cross-examination of Mr. Gravengaard. At this point Athena believes that Mr. Gravengaard will be at trial.

Dated this 7th day of December, 2022.

Respectfully submitted,

*/s/ Kelly Stewart*
Kelly Stewart
Texas Bar No. 19221600
K STEWART LAW, P.C.
5949 Sherry Lane, Suite 900
Dallas, Texas 75225
Telephone: 972.308.6168
kelly@kstewartlaw.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

  I certify on the 7th day of December, 2022, I served this document via email to counsel of record.

                    /s/ *Kelly Stewart*