UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
(FORT WORTH DIVISION)

| | |
|---|---|
| ROI DEVELOPERS, INC., d/b/a ACCRUVIA § § § | |
| VS. § § | Case No. 4:22-cv-73-O |
| ATHENA BITCOIN, INC., d/b/a ATHENA BITCOIN GLOBAL § § § § | |

# DEFENDANT'S TRIAL EXHIBIT LIST

Comes now Defendant Athena Bitcoin, Inc. ("Defendant") may seek to introduce the following Exhibits at the trial of this matter:

| No. | Date | Document | Offered | Admitted | Objections |
|---|---|---|---|---|---|
| 1. | 9-22-21 | Term Sheet from Athena Bitcoin to Shaun Overton, ROI Developers | | | |
| 2. | 3-23-22 | NDA translated by Burg Translations | | | |
| 3. | 12-14-21 | Demand for payment by Block & McNeill, Attorneys for Plaintiff, to Zachary Soto, with PAGlaw PLLC | | | |

Defendant specifically cross-designates all exhibits properly identified or presented by Plaintiff, subject to any objections that may be asserted and motions granted or that may be presented or are currently pending.

Defendant specifically reserves the right to supplement this Exhibit List if any ruling of the Court alters the evidence currently expected to be presented at trial.

Respectfully submitted,

*/s/ Larry L. Fowler*
Larry L. Fowler
Texas Bar No. 07321900

**HARRIS ✯ COOK, L.L.P.**
1309-A West Abram
Arlington, Texas 76013
817/299-2841 – Telephone
817/460-8060 – Facsimile
Email: Larry@HarrisCookLaw.com

**ATTORNEYS FOR DEFENDANT
ATHENA BITCOIN, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2022, a true and correct copy of the above and foregoing document has been served on all counsel of record via email through the Pacer system in accordance with FEDERAL RULES OF CIVIL PROCEDURE.

Kelly Stewart
K Stewart Law, P.C.
5949 Sherry Lane, Suite 900
Dallas, TX  75225
kelly@kstewartlaw.com
Attorney for Plaintiff

*/s/ Larry L. Fowler, Jr.*
LARRY L. FOWLER, JR.