UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
(FORT WORTH DIVISION)

| ROI DEVELOPERS, INC., | § |
|---|---|
| d/b/a ACCRUVIA | § |
| | § |
| VS. | § Case No. 4:22-cv-73-O |
| | § |
| ATHENA BITCOIN, INC., d/b/a ATHENA | § |
| BITCOIN GLOBAL | § |
| | § |

# DEFENDANT'S TRIAL EXHIBIT LIST OBJECTIONS

Comes now Defendant Athena Bitcoin, Inc. ("Defendant") may seek to introduce the following Exhibits at the trial of this matter:

| No. | Date | Document |
|---|---|---|
| 1. | 9-22-21 | Term Sheet from Athena Bitcoin to Shaun Overton, ROI Developers |
| | | *The Parties agree to the admissibility of Exhibit 1* |
| 2. | 3-23-22 | NDA translated by Burg Translations |
| | | *The Parties agree to the admissibility of the Exhibit 2* |
| 3. | 12-14-21 | Demand for payment by Block & McNeill, Attorneys for Plaintiff, to Zachary Soto, with PAGlaw PLLC |
| | | *The Parties agree to the admissibility of the Exhibit 3* |

        Respectfully submitted,

        */s/ Larry L. Fowler*
        Larry L. Fowler
        Texas Bar No. 07321900

        **HARRIS ✯ COOK, L.L.P.**
        1309-A West Abram
        Arlington, Texas 76013
        817/299-2841 – Telephone
        817/460-8060 – Facsimile
        Email: Larry@HarrisCookLaw.com

        **ATTORNEYS FOR DEFENDANT**
        **ATHENA BITCOIN, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2022, a true and correct copy of the above and foregoing document has been served on all counsel of record via email through the Pacer system in accordance with FEDERAL RULES OF CIVIL PROCEDURE.

Kelly Stewart
K Stewart Law, P.C.
5949 Sherry Lane, Suite 900
Dallas, TX 75225
kelly@kstewartlaw.com
Attorney for Plaintiff

        */s/ Larry L. Fowler, Jr.*
        LARRY L. FOWLER, JR.