UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
(FORT WORTH DIVISION)

| | |
|---|---|
| ROI DEVELOPERS, INC., d/b/a ACCRUVIA § § § § VS. § § § ATHENA BITCOIN, INC., d/b/a ATHENA § BITCOIN GLOBAL § | Case No. 4:22-cv-73-O |

## DEFENDANT'S TRIAL WITNESS LIST

Comes now Defendant Athena Bitcoin, Inc. ("Defendant") and submits the following List Of Witnesses who may testify in this proceeding:

1. Defendant anticipates calling to testify at trial in this proceeding the following witnesses:

2. Probable Witnesses

   a. Eric Gravengaard
      c/o Larry Fowler
      Harris Cook, LLP
      1309A W. Abram
      Arlington, TX   76013

   It is anticipated Mr. Gravengaard will testify regarding the dealings between Athena Bitcoin Global, Inc. and Athena Bitcoin Inc. on the one hand and Plaintiff and Mr. Shaun Overton on the other hand.  It is anticipated that he will testify that any contract in existence involving Plaintiff was between it and Athena Bitcoin Global, Inc.  He will further testify regarding any contact between Athena Bitcoin, Inc. and the State of Texas.

   Mr. Gravengaard has been deposed.

   Defendant anticipates the direct testimony of Mr. Gravengaard will last approximately 3 hours.

      b. Shaun Overton
         c/o Kelly Stewart
         K Stewart Law, P.C.
         5949 Sherry Lane, Suite 900
         Dallas, TX  75225

It is anticipated that Mr. Overton will testify regarding his dealings with Athena Bitcoin Global, Inc. and Athena Bitcoin, Inc. and his written agreements with Athena Bitcoin Global, Inc.

Mr. Overton has been deposed.

Defendant anticipates the cross examination of Mr. Overton will last approximately 3 hours.

3.     Expert Witnesses

      c. Larry L Fowler
         Harris Cook, LLP
         1309A W. Abram
         Arlington, TX   76013

Mr. Fowler may be called to testify regarding the issue of attorney fees.  It is anticipated that he will testify that the amount of attorney fees and the hourly rates which are being sought by Plaintiff are not reasonable and are excessive for the case before the Court.

| Witness | Subject Matter Testified On | Sworn | Testified |
|---|---|---|---|
| Eric Gravengaard | It is anticipated Mr. Gravengaard will testify regarding the dealings between Athena Bitcoin Global, Inc. and Athena Bitcoin Inc. on the one hand and Plaintiff and Mr. Shaun Overton on the other hand.  It is anticipated that he will testify that any contract in existence involving Plaintiff was between it and Athena Bitcoin Global, Inc.  He will further testify regarding any contact between Athena Bitcoin, Inc. and the State of Texas | | |
| Shaun Overton | It is anticipated that Mr. Overton will testify regarding his dealings with Athena Bitcoin Global, Inc. and Athena Bitcoin, Inc. and his written agreements with Athena Bitcoin Global, Inc. | | |
| Larry Fowler | Mr. Fowler may be called to testify regarding the issue of attorney fees.  It is anticipated that he will testify that the amount of attorney fees and the hourly rates which are being sought by Plaintiff are not reasonable and are excessive for the case before the Court. | | |

Respectfully submitted,

*/s/ Larry L. Fowler*
Larry L. Fowler
Texas Bar No. 07321900

**HARRIS ✯ COOK, L.L.P.**
1309-A West Abram
Arlington, Texas 76013
817/299-2841 – Telephone
817/460-8060 – Facsimile
Email: Larry@HarrisCookLaw.com

**ATTORNEYS FOR DEFENDANT**
**ATHENA BITCOIN, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2022, a true and correct copy of the above and foregoing document has been served on all counsel of record via email through the Pacer system in accordance with FEDERAL RULES OF CIVIL PROCEDURE.

Kelly Stewart
K Stewart Law, P.C.
5949 Sherry Lane, Suite 900
Dallas, TX  75225
kelly@kstewartlaw.com
Attorney for Plaintiff

*/s/ Larry L. Fowler, Jr.*
LARRY L. FOWLER, JR.