UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ROI DEVELOPERS, INC., d/b/a ACCRUVIA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:22-cv-00073-O |
| ATHENA BITCOIN, INC., | § § § | |
| Defendant. | § | |

## PLAINTIFF'S TRIAL EXHIBIT LIST

Pursuant to the February 23, 2022, Scheduling Order (Dkt. #6) (¶8), Plaintiff ROI Developers, Inc., d/b/a Accruvia ("Accruvia") submits this its Trial Exhibit List:

Pursuant to Paragraph 8.c of the Scheduling Order, Plaintiff has conferred with Defendant about Plaintiff's Trial Exhibits shown below (and provided a copy of the exhibits to Defendant) about the admissibility of the exhibits. Defendant's specific objections to certain exhibits are noted below under the column titled "Objection by Defendant"; that column also indicates where Defendant did not have any objections:

| Exhibit | Description | Prior Identification | Objection By Defendant | Offered | Admitted |
|---|---|---|---|---|---|
| P. Ex. 1 | Accruvia Invoices IB1050, IB1052 | Gravengaard Dep. Ex. 9/9B (Accruvia 11-12) | None | | |
| P. Ex. 2 | Bill.com payment tracking records | Accruvia 4-7 | None | | |
| P. Ex. 3 | Accruvia Invoice IB1049 | Accruvia 16 | Hearsay; not relevant | | |
| P. Ex. 4 | Accruvia Inovice IB1049 | Accruvia 13 | Hearsay; not relevant | | |

1

| Exhibit | Description | Prior Identification | Objection By Defendant | Offered | Admitted |
|---|---|---|---|---|---|
| P. Ex. 5 | 10.4.21 and 11.5.21 emails regarding payment | Athena 17-18, 25-26 | None | | |
| P. Ex. 6 | Payment emails | Accruvia 1-3 | None | | |
| P. Ex. 7 | Payment records | Accruvia 9-10 | Hearsay | | |
| P. Ex. 8 | 11.5.21 payment email | Gravengaard Dep. Ex. 11 (Accruvia 8) | None | | |
| P. Ex. 9 | Bank records | Gravengaard Dep. Ex. 14 (Athena 19-20) | Hearsay | | |
| P. Ex. 10 | Excerpts from 2.10.22 Athena Bitcoin Global SEC Form S-1 | Portions at Gravengaard Dep. Ex. 2 (full version at Accruvia 83-290) | None | | |
| P. Ex. 11 | Attorneys' fees records | Accruvia291-298 | Hearsay; does not reflect reasonable or necessary fee | | |
| P. Ex. 12 | 7.29.22 Letter to Larry Fowler regarding attorneys' fees | | None | | |
| P. Ex. 13 | 10.4.21 Engagement Letter | Accruvia 299-307 | Hearsay | | |
| P. Ex. 14 | Defendant's Supplemental Response to Plaintiff's First Set of Personal Jurisdiction Discovery | | None | | |
| P. Ex. 15 | Defendant's Responses to Plaintiff's First Set of Merits Discovery | | None | | |
| P. Ex. 16 | Defendant's Initial Disclosures | | None | | |
| P. Ex. 17 | Emails between Accruvia and Athena | Accruvia 23-33 | Hearsay | | |

| Exhibit | Description | Prior Identification | Objection By Defendant | Offered | Admitted |
|---|---|---|---|---|---|
| P. Ex. 18 | Emails between Accruvia and Athena | Accruvia 14-22 | Page one hearsay | | |
| P. Ex. 19 | Athena Bitcoin Inc. Texas Franchise Tax Public Information Reports | Gravengaard Dep. Ex. 4 (Athena 6, 7, 14, 9) | None | | |
| P. Ex. 20 | 7.15.16 Application for Registration of a Foreign For-Profit Corporation | Accruvia 56-57 | None | | |
| P. Ex. 21 | Texas Secretary of State printouts | Accruvia 62-65 | None | | |
| P. Ex. 22 | Athena website printout | Gravengaard Dep. Ex. 7 (Accruvia 79-82) | Hearsay | | |
| P. Ex. 23 | Athena website printout | Accruvia 69-78) | Hearsay | | |
| P. Ex. 24 | Translation and NDA | Exhibit A to Dkt. # 13 in Case No. 1:22-cv-001291, United States District Court for the Northern District of Illinois | None | | |
| P. Ex. 25 | Athena Bitcoin Term Sheet | Gravengaard Dep. Ex. 3 (Athena 3-5) | None | | |
| P. Ex. 26 | Chivo Wallet Diagram | Gravengaard Dep. Ex. 19 (Accruvia 34-41) | Hearsay | | |
| P. Ex. 27 | Declaration of Panagiotis Angelopolous | Attached to Response to Motion for Summary Judgment | Hearsay | | |
| P. Ex. 28 | Supplemental Declaration of Pangagiotis Angelopolous | Attached to Response to Motion for Summary Judgment | Hearsay | | |

3

Dated this 22nd day of December, 2022.

                        Respectfully submitted,

                        */s/ Kelly Stewart*
                        Kelly Stewart
                        Texas Bar No. 19221600
                        K STEWART LAW, P.C.
                        5949 Sherry Lane, Suite 900
                        Dallas, Texas 75225
                        Telephone: 972.308.6168
                        kelly@kstewartlaw.com

                        **ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      I certify on the 22nd day of December, 2022, I served this document via email to counsel of record.

                        /s/ *Kelly Stewart*