UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ROI DEVELOPERS, INC., d/b/a ACCRUVIA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:22-cv-00073-O |
| ATHENA BITCOIN, INC., | § § § | |
| Defendant. | § | |

## PLAINTIFF'S WITNESS LIST

Pursuant to the February 23, 2022, Scheduling Order (Dkt. #6) (¶8), Plaintiff ROI Developers, Inc., d/b/a Accruvia ("Accruvia") submits its witness list:

Accruvia's probable witnesses are:

| Witness—Summary of Expected Testimony | Sworn | Testified |
|---|---|---|
| Shaun Overton<br>1917 Sage Trail, Hurst, Texas 76054.<br><br>Mr. Overton will testify about the background leading up to the work done by Accruvia for Defendant Athena Bitcoin, Inc. ("Athena"); the relationship between Accruvia and Athena; the work done by Accruvia for Athena; the invoices to and partial payment by Athena for that work; and Accruvia's damages.<br><br>Mr. Overton has been deposed.<br><br>Accruvia expects direct examination of Mr. Overton to last 1-1.5 hours. | | |

Accruvia's exert is:

| Witness—Summary of Expected Testimony | Sworn | Testified |
|---|---|---|
| Kelly Stewart<br>K STEWART LAW, P.C., 5949 Sherry Lane, Suite 900, Dallas, Texas 75225<br><br>Mr. Stewart will testify about the amount, the reasonableness, and necessity of Accruvia's attorneys' fees incurred in this action.<br><br>Mr. Stewart has not been deposed.<br><br>Accruvia expects that Mr. Stewart's testimony will last 30 minutes. | | |

Accruvia's possible witness is:

| Witness—Summary of Expected Testimony | Sworn | Testified |
|---|---|---|
| Eric Gravengaard<br>1332 North Halsted Street<br>Chicago, Illinois 60642<br><br>If Mr. Gravengaard is called, he is expected to testify about the relationship between Athena and Accruvia; the work done by Accrucia; and Athena's non-payment for that work.<br><br>Mr. Gravengaard has been deposed.<br><br>Accruvia expects cross-examination of Mr. Gravengaard to last 1.5 hours. | | |

Dated this 22nd day of December, 2022.

Respectfully submitted,

*/s/ Kelly Stewart*
Kelly Stewart
Texas Bar No. 19221600
K STEWART LAW, P.C.
5949 Sherry Lane, Suite 900
Dallas, Texas 75225
Telephone: 972.308.6168
kelly@kstewartlaw.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I certify on the 22nd day of December, 2022, I served this document via email to counsel of record.

/s/ *Kelly Stewart*