UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ROI DEVELOPERS, INC., | § | |
| d/b/a ACCRUVIA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:22-cv-00073-O |
| | § | |
| ATHENA BITCOIN, INC., | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFF'S PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**

Pursuant to the February 23, 2022, Scheduling Order (Dkt. #6) (¶8), Plaintiff ROI Developers, Inc., d/b/a Accruvia ("Accruvia") submits this its Proposed Findings of Fact and Conclusions of Law:

**Proposed Findings of Fact**

1.      Accruvia is a software development company based in Tarrant County, Texas.

2.      Accruvia and Defendant Athena Bitcoin, Inc. ("Athena") had a valid, enforceable agreement for Accruvia to perform software development and other work for Athena.

3.      Accruvia performed software development and other work for in 2021, as per the parties' agreement.

4.      Athena received, utilized and benefited from Accruvia's work.

5.      Athena paid for some of the work done by Accruvia, as invoiced by Accruvia, but did not pay Accruvia for the full amount of work performed.

6.      Accruvia submitted two additional invoices (one for $8,428.34 and one for $75,250.57) for payment for work.

7.      Athena owes Accruvia for the work shown in the two invoices.

8.      Athena has not paid Accruvia for any of the work in question as invoiced by Accruvia.

9.      Athena did not comply with the parties' agreement when it failed to pay the two invoices totaling $83,678.91.

10.     Athena knew that it was to be charged for the work, Athena accepted the work, Athena used the work, and Athena was reasonably notified that Accruvia was expecting to be paid by Athena.

11.     Athena breached its agreement to pay Accruvia for the work Accruvia did for Athena.

12.     Alternatively, Athena is liable under a quantum meruit theory for damages to Accrucia.

13.     Accruvia suffered damages under its breach of contract claim in the amount of $83,678.91.  Alternatively, Accruvia suffered the same amount of damages under a quantum meruit claim.

14.     Accrucia is a prevailing party for purposes of attorneys' fees.

15.     Accruvia incurred necessary and reasonable attorneys' fees in the amount of $[*final number to be provided at trial*] in pursuing its claims here.

16.     Accruvia has shown that it has met all requirements for obtaining attorneys' fees.

17.     Accrucia is entitled to $[*final number to be provided at trial*] in costs.

18.     Accruvia is also entitled to all costs of Court.

19.     Accrucia is entitled to a judgment to be rendered the amounts of damages, attorneys' fees and interest herein.

**Proposed Conclusions of Law**

1.   The Court has jurisdiction over this case pursuant to 28 U.S.C. §§1332 and 1441.  28 U.S.C. §§1332 and 1441,

2.   Accruvia's claim for breach of contract required Accruvia to show, as it has: (1) a valid contract; (2) performance by Accruvia as contractually required; (3) a breach by Athena; and (4) damages due to the breach.  *Harrison Co., L.L.C. v. A-Z Wholesalers, Inc.*, No. 21-11028, 2022 U.S. App. LEXIS 22364, *7 (5th Cir. April 11, 2022).

3.   Accrucia's claim for quantum meruit required Accruvia to show, as it has: (1) valuable services were rendered or materials furnished; (2) for the person sought to be charged; (3) those services and materials were accepted by the person sought to be charged, and were used and enjoyed by him; and (4) the person sought to be charged was reasonably notified that the plaintiff performing such services or furnishing such materials was expecting to be paid by the person sought to be charged.  *Oto Analytics, Inc. v. Cap. Plus Fin., LLC*, No. 3:21-CV-2636-B, 2022 U.S. Dist. LEXIS 85031, *40 (N.D. Tex. May 11, 2022).

4.   Accruvia is entitled to reasonable and necessary attorneys' fees under TEX. CIV. PRAC. & REM. CODE §38.001.  TEX. CIV. PRAC. & REM. CODE §38.001.

Dated this 22nd day of December, 2022.

Respectfully submitted,

*/s/ Kelly Stewart*
Kelly Stewart
Texas Bar No. 19221600
K Stewart Law, P.C.
5949 Sherry Lane, Suite 900
Dallas, Texas 75225
Telephone: 972.308.6168
kelly@kstewartlaw.com

**ATTORNEY FOR PLAINTIFF**

**<u>CERTIFICATE OF SERVICE</u>**

I certify on the 22nd day of December, 2022, I served this document via email to counsel of record.

*/s/ Kelly Stewart*

4