UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ROI DEVELOPERS, INC., <br> d/b/a ACCRUVIA, <br><br> Plaintiff, <br><br> v. <br><br> ATHENA BITCOIN, INC., <br><br> Defendant. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | Civil Action No. 4:22-cv-00073-O |

## NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff ROI Developers, Inc., d/b/a Accruvia, provides notice that it and Defendant Athena Bitcoin, Inc., have agreed to a settlement in principle. The settlement documents have not been prepared. Accruvia believes that, with the upcoming holidays, the parties will need at least 30 days to prepare and finalize the settlement documents, which will allow them to the file a formal motion to dismiss.

Dated this 22nd day of December, 2022.

                            Respectfully submitted,

                            */s/ Kelly Stewart*
                            Kelly Stewart
                            Texas Bar No. 19221600
                            K Stewart Law, P.C.
                            5949 Sherry Lane, Suite 900
                            Dallas, Texas 75225
                            Telephone: 972.308.6168
                            kelly@kstewartlaw.com

                            **ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

  I certify on the 22nd day of December, 2022, I served this document via email to counsel of record.

                 */s/ Kelly Stewart*