IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ROI DEVELOPERS, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:22-CV-00073-O |
| | § | |
| ATHENA BITCOIN, INC. | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is the parties' Notice of Settlement in Principle (ECF No. 30), filed December 22, 2022. The Notice indicates the parties have reached a settlement agreement in principle and intend to formalize their agreement and file dismissal papers shortly. As such, the Court **ORDERS** the parties to file the appropriate settlement papers—a stipulation of dismissal under FED. R. CIV. P. 41(a)(1)(A)(ii) or an agreed motion with corresponding proposed order under FED. R. CIV. P. 41(a)(2)—**no later than February 28, 2023**.

The parties' current trial setting date of January 16, 2023 will be removed from the Court's four-week trial calendar until appropriate settlement papers are filed on the docket. All other case-specific deadlines are stayed pending receipt of the requisite papers. If the parties are unable to file the appropriate settlement papers by the assigned date, or if further proceedings become necessary, the parties shall immediately file a Joint Status Report with the Court, but not later than February 28, 2023.

**SO ORDERED** on this **23rd day** of **December, 2022.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE