UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
(FORT WORTH DIVISION)

| | | |
|---|---|---|
| ROI DEVELOPERS, INC., d/b/a ACCRUVIA | § § § § § § § § | |
| VS. | | Case No. 4:22-cv-73-O |
| ATHENA BITCOIN, INC., d/b/a ATHENA BITCOIN GLOBAL | | |

**UNOPPOSED MOTION TO SEAL DEFENDANT'S APPENDIX EXHIBITS 3 AND 4 IN DOCUMENT 15 AND BRIEF IN SUPPORT**

COMES NOW Defendant, Athena Bitcoin, Inc. ("Athena") and in support of this, its Unopposed Motion to Seal Defendant's Appendix Exhibits 3 and 4 in Document 15 would show as follows:

1. On October 4, 2022, Athena caused to be filed a Motion for Summary Judgment and Brief in Support along with an Appendix to same in this proceeding.

2. In support of such Motion for Summary Judgment, Athena caused to be filed the deposition testimonies of Shaun Overton and Eric Gravengaard. The depositions were attached as Exhibits 3 and 4 in the Appendix. The Appendix is [Document 15](Document 15) in this proceeding.

3. The parties have reached a tentative settlement in this proceeding. In furtherance of such settlement, Athena desires to seal the deposition testimonies of Mr. Overton and Mr. Gravengaard so that they may be utilized only by the parties to this proceeding and the Court. Portions of such depositions are potentially, or may be considered, confidential with regard to third parties and Athena desires to err on the side of caution.

Wherefore, Athena prays that Exhibits 3 and 4 to the Appendix filed in support of Athena's Motion for Summary Judgment which are the deposition testimonies of Shaun Overton and Eric Gravengaard be ordered sealed and not be available for viewing by any person other than the parties to this proceeding or the Court.

Respectfully submitted,

*/s/ Larry L. Fowler*
Larry L. Fowler
Texas Bar No. 07321900

**HARRIS ✯ COOK, L.L.P.**
1309-A West Abram
Arlington, Texas 76013
817/299-2841 – Telephone
817/460-8060 – Facsimile
Email: Larry@HarrisCookLaw.com

**ATTORNEYS FOR DEFENDANT**
**ATHENA BITCOIN, INC.**

### CERTIFICATE OF CONFERENCE

On December 26, 2022, I contacted Kelly Stewart, counsel for Plaintiff, and he stated that he would not be opposed to the filing of this Motion.

   */s/ Larry L. Fowler, Jr.*
LARRY L. FOWLER, JR.

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2022, a true and correct copy of the above and foregoing document has been served on all counsel of record listed below via email through the efile.txcourts.gov system in accordance with TEXAS RULES OF CIVIL PROCEDURE 21a(a)(1).

Kelly Stewart
K Stewart Law, P.C.
5949 Sherry Lane, Suite 900
Dallas, TX  75225
kelly@kstewartlaw.com
Attorney for Plaintiff

                 */s/ Larry L. Fowler, Jr.*
                 LARRY L. FOWLER, JR.