UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ROI DEVELOPERS, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.  4:22-CV-00073-O |
| | § | |
| ATHENA BITCOIN, INC. | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is Defendant's Unopposed Motion to Seal Pleading (ECF No. 32), filed December 27, 2022. The parties' settlement papers in this case are due no later than February 28, 2023. To facilitate settlement, Defendant wishes to seal the depositions of Shaun Overton and Eric Gravengaard so that such information may not be used by any others than the parties to this litigation and the Court. The Court notes that the Exhibits Defendant wishes to seal are already filed under seal on the docket. *See* ECF No. 15. However, Defendant asks that the deposition testimonies "be ordered sealed and not be available for viewing by any person other than the parties to this proceeding or the Court." ECF No. 32. To the extent that Defendant wishes to turn an agreement of the parties (this motion is unopposed) into a Court order, the Court declines to do so. The Court ordinarily declines such requests, given that the parties may agree to any confidentiality or discovery-related contract among themselves without devoting judicial resources to the matter. *See Davis v. City of Fort Worth*, No. 4:14-cv-491-A, 2014 WL 12940678, at *3, *3 n.3 (N.D. Tex. July 3, 2014).

Thus, having considered Defendant's motion, and for the reason stated, the Court **DENIES** the motion **in part**. However, the Court **DIRECTS** the Clerk to ensure that Exhibits 3 and 4 in

support Defendant's Appendix in Support of its Motion for Summary Judgment (ECF No. 15) remain sealed on the docket to protect the confidential nature of any disclosed information presented therein.

       **SO ORDERED** on this **28th day** of **December, 2022.**

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**