UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ROI DEVELOPERS, INC., d/b/a ACCRUVIA, | § § § § § | |
| Plaintiff, | | |
| v. | § § § | Civil Action No. 4:22-cv-00073-O |
| ATHENA BITCOIN, INC., | § § § | |
| Defendant. | § | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated this 23rd day of February, 2023.

Respectfully Submitted:

/s/ Kelly Stewart
Kelly Stewart
Texas Bar No. 19221600
K STEWART LAW, P.C.
5949 Sherry Lane, Suite 900
Dallas, Texas 75225
972.308.6168
kelly@kstewartlaw.com

**ATTORNEY FOR PLAINTIFF**

and

1

/s/ Larry L. Fowler, Jr.
Larry L. Fowler, Jr.
HARRIS COOK, L.L.P.
1309-A West Abram
Arlington, Texas 76013
larry@harriscooklaw.com

**ATTORNEY FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I certify on the 23rd day of February, 2023, I filed this document electronically with the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

/s/ *Kelly Stewart*